June 28, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

VIRIDINIA Z. PAZ, Appellant

NO. 14-11-00664-CV                    V.

CARMEN ROSA MOLINA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, CARMEN ROSA MOLINA, signed July 8, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment.

Therefore, we **REVERSE** the portion of the trial court's judgment awarding $5,517.26 in damages for past medical care and **RENDER** judgment reinstating the jury's award of zero damages for past medical care. We vacate the portion of the trial court's judgment awarding pre-judgment interest, and **REMAND** to the trial court for a recalculation of pre-judgment interest, in light of the reduction in the total damage award. We **AFFIRM** the trial court's judgment in all other respects.

We order appellee, CARMEN ROSA MOLINA, to pay all costs incurred in this appeal. We further order this decision certified below for observance.